■ In the Matter of WILLIAM HYMAN, Appellant, v NEW YORK STATE DIVISION OF PAROLE, et al., Respondents. [801 NYS2d 599]—

Judgment, Supreme Court, New York County (Robert Lippmann, J.), entered November 26, 2004, which dismissed the petition brought pursuant to CPLR article 78 to annul a determination of respondent New York State Division of Parole denying petitioner's application for conditional release, unanimously affirmed, without costs.

The Department of Correctional Services is not a proper party to this proceeding since it does not set the conditions for an inmate's release (*see* Executive Law § 259-c [2]).

Petitioner has no federal or state constitutional right to be released from prison before serving his full sentence due to expire in 2010 (*see Matter of M.G. v Travis*, 236 AD2d 163, 167 [1997], *lv denied* 91 NY2d 814 [1998]). The special conditions imposed by the Division for petitioner's release, designed to reduce the opportunities for petitioner, a convicted sex offender who raped a minor while on conditional release from prison, to relapse into sexual misconduct, constituted a proper exercise of discretion (*see id.* at 167-168; *and see Matter of Wright v Travis*, 297 AD2d 842 [2002]).

We have considered petitioner's remaining contentions and find them unavailing. Concur—Saxe, J.P., Marlow, Williams, Sweeny and Catterson, JJ.